OFFICE OF THE CLERK

**P ATRICIA S. DODSZUWEIT**

**CLERK**



U NITED S TATES C OURT OF A PPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

August 12, 2024

Ms. Kaitlin Gorman, Prothonotary
468 City Hall
Philadelphia, PA 19107

RE: Samsung Fire & Marine Insurance Co Ltd (U.S. Branch), et al v. UFVS
Management Co LLC, et al
  C. A. No. 23-1988
  D. C. No. 2-18-cv-04365
  <u>Certification of Question of State Law Pa. R. App. P. 3341</u>

Dear Ms. Gorman:

Enclosed please find eight certified copies of an Order Certifying a Question of
Law submitted to the Supreme Court of Pennsylvania pursuant to Pa. R. App. P. 3341.
The certification, which was filed as of this date, was signed by the Honorable _ on
behalf of a panel of this Court. Also enclosed is a CD containing the record and docket
sheet for the Third Circuit.

The certification was initiated by the Court sua sponte. In this Court the Appellant
RI Settlement Trust.

Should you need anything further in regard to this matter, please feel free to call
Timothy McIntyre at 267-299-4953.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953


cc:    All Counsel of Record